RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

**Attorney for Robert Lloyd**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00133-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Third Request) |
| v. | |
| ROBERT LLOYD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Robert Lloyd, that the Revocation Hearing currently scheduled on August 5, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Since filing the last stipulation to continue, undersigned counsel has entered an appearance and begun to familiarize himself with this case.

2.    Defense counsel has confirmed that the government anticipates dismissing the petition if Mr. Lloyd completes certain obligations related to a state court case that has been resolved.

3.    Defense counsel has spoken with Mr. Lloyd and has made plans to assist him with completing the obligations related to his state court case.

4.    The defendant is not in custody and agrees with the need for the continuance.

5.    The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 14th day of July, 2025.


RENE L. VALLADARES
Federal Public Defender

By /s/ Rick Mula
RICK MULA
Assistant Federal Public Defender

SIGAL CHATTAH
United States Attorney

By /s/ Afroza Yeasmin
AFROZA YEASMIN
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00133-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT LLOYD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 5, 2025 at 9:00 a.m., be vacated and continued to October 8, 2025 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 15th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3