RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Robert Lloyd

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00133-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| ROBERT LLOYD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Robert Lloyd, that the Revocation Hearing currently scheduled on October 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Since filing the last stipulation to continue, the defense team has worked to identify suitable community service opportunities for Mr. Lloyd. This has been challenging because Mr. Lloyd has a physical disability that limits the types of community service activities

he can carry out. Nonetheless, Mr. Lloyd appears to have a found a suitable community service opportunity at Salvation Army.

2. In addition, defense counsel has been in close communication with the attorney representing Mr. Lloyd in his state case. Defense counsel is working with this attorney to assist Mr. Lloyd in completing court-mandated classes. This is also challenging because each class costs $50, and Mr. Lloyd is indigent. Furthermore, the individual who coordinates registration for the classes has been on leave and unavailable for extended periods of time.

3. The parties continue to expect that they will request the Court dismiss the petition if Mr. Lloyd completes his state court obligations as discussed above.

4. Defense counsel also has spoken with Mr. Lloyd and has made plans to assist him with completing the obligations related to his state court case.

5. The defendant is not in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

7. Counsel for the government will be unavailable November 13, 2025, through November 19, 2025.

This is the fourth request for a continuance of the revocation hearing.

DATED this 10th day of September, 2025.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
Acting United States Attorney

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,                    Case No. 2:21-cr-00133-APG-NJK

Plaintiff,                    **ORDER**

5

6

v.

ROBERT LLOYD,

7

8

Defendant.

9

10

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled

11

for October 8, 2025 at 1:30 p.m., be vacated and continued to January 8, 2026 at the hour of

12

1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

13

    DATED this 11th day of September, 2025.

14

15

_____

16

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3