UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff,

   v.

Robert Lloyd,

        Defendant.

Case No. 2:21-cr-00133-APG-NJK

**Order**

Good cause appearing, the parties' stipulation to dismiss the petition and vacate the hearing (ECF No. 29) is GRANTED.

IT IS THEREFORE ORDERED that the petition and addendum (ECF Nos. 8, 18) are dismissed without prejudice.

IT IS FURTHER ORDERED that the hearing set for January 8, 2026, at 1:30 PM is vacated.

  DATED: 12/29/25

_____
UNITED STATES DISTRICT JUDGE